IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:08CR00001-001 and |
| v. | 4:07CR00026 |
| SHIRLAND L. FITZGERALD, | **ORDER** |
| Defendant. | |
| | By: Jackson L. Kiser |
| | Senior United States District Judge |

Before me is Defendant's Motion to Suppress and Return Property filed on October 9, 2008. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Defendant's Motion to Suppress and Return Property is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 6th day of January, 2009.

s/Jackson L. Kiser
Senior United States District Judge